UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| JOSEPH A. RAMOS, | STIPULATION AND ORDER OF DISMISSAL |
| Plaintiff, | |
| -against- | 11 CV 4401 (MKB) (SMG) |
| CITY OF NEW YORK, SHAWN KALLOFF, Individually, BILLY CHOI, Individually, LOUIS FAILLA, Individually, RICHARD KHALAF, Individually, and JOHN and JANE DOE 1 through 10, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown), | |
| Defendants. | |

-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned as follows:

1. The above-referenced action is hereby dismissed with prejudice against defendants City of New York, Shawn Kalloff, Billy Choi, Louis Failla, and Richard Khalaf, and any other present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel listed in the caption, without costs, expenses, or attorneys' fees against either party.

Dated: Brooklyn, New York
      August 3, 2012

| | |
|---|---|
| LEVENTHAL & KLEIN, LLP<br>Attorneys for JOSEPH A. RAMOS<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201<br><br>By: _____<br>      Brett Klein, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants City of New York,<br>Shawn Kalloff, Billy Choi, Louis Failla, and<br>Richard Khalaf<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>      Richard Weingarten, Esq.<br>      *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE