UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JOSEPH A. RAMOS,

                                  Plaintiff,

        -against-

CITY OF NEW YORK, SHAWN KALLOFF, Individually,
BILLY CHOI, Individually, LOUIS FAILLA, Individually,
RICHARD KHALAF, Individually, and JOHN and JANE DOE
1 through 10, Individually (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                              Defendants.

-----------------------------------------------------------------------X

**STIPULATION AND
ORDER OF DISMISSAL**

11 CV 4401 (MKB) (SMG)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned as

follows:

    1.    The above-referenced action is hereby dismissed with prejudice against defendants

        City of New York, Shawn Kalloff, Billy Choi, Louis Failla, and Richard Khalaf, and

        any other present or former employees and agents of the City of New York or any

        entity represented by the Office of the Corporation Counsel listed in the caption,

        without costs, expenses, or attorneys' fees against either party.

Dated: Brooklyn, New York
      August 3, 2012

LEVENTHAL & KLEIN, LLP
Attorneys for JOSEPH A. RAMOS
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
    Brett Klein, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants City of New York,
Shawn Kalloff, Billy Choi, Louis Failla, and
Richard Khalaf
100 Church Street
New York, New York 10007

By: _____
    Richard Weingarten, Esq.
    *Assistant Corporation Counsel*

SO ORDERED:
        s/MKB

_____
HON. MARGO K. BRODIE   8/7/2012
UNITED STATES DISTRICT JUDGE

2